*Thomas C. Plunkett,* for plaintiff. *Pucci & Goldin, Samuel A. Olevson,* for defendants.

C. A. No. 74-259. STATE *v.* STEVEN WILSON. Motion of State to dismiss the defendant's appeal is denied. The Order assigning this case to October 12, 1976 for hearing is vacated. Motion of defendant to file a brief out of time granted. Paolino, J. did not participate. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.

C. A. No. 74-262. STATE *v.* CLAIRE ROBICHAUD. Motion of State to dismiss the defendant's appeal denied. State's motion to extend the time for filing its brief granted and said brief shall be filed on or before December 7, 1976. Bevilacqua, C.J. and Paolino, J. not participating. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, Joseph A. Bevilacqua, Jr.,* for defendant.

C. A. No. 75-220. STATE *v.* BRUCE LESTER JOHNSON. Motion of defendant to extend the time for filing his brief to October 27, 1976 granted. Paolino, J. did not participate. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Frank S. Cappuccio,* for defendant.

C. A. No. 76-158. STATE *v.* RAYMOND P. WOODCOCK. Motion of defendant to extend the time for filing his brief to October 27, 1976 granted. This extension is the last one which will be granted. Paolino, J. did not participate. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *John F. Sheehan,* for defendant.

APPEAL No. 76-114. RAYMOND LAVEY, *Administrator of Estate of Catherine Lavey v.* EDWARD LAVEY *et al.* Motion of plaintiff to dismiss for failure to file a brief granted unless the